**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA FELITA RODRIGUEZ ZAMBRANA, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:25-cv-02951-JC<br><br>ORDER SUBMITTING MOTION FOR REMAND, VACATING HEARING AND SCHEDULING CONFERENCE, GRANTING UNOPPOSED MOTION FOR REMAND AND REMANDING ACTION TO VENTURA COUNTY SUPERIOR COURT |
| Plaintiffs, | | |
| v. | | |
| NISSAN NORTH AMERICA, INC., et al., | | |
| Defendants. | | |

On February 6, 2025, Plaintiffs Maria Felita Rodriguez Zambrana and Edward Steven Zambrana ("Plaintiffs") filed this civil action against Nissan North America, Inc. ("Defendant"), in the Superior Court of California, County of Ventura, Case No. 2025CUBC037947. (Docket No. 1-2 at 7). On April 4, 2025, Defendant removed the action to the United States District Court for the Central District of California and it was subsequently assigned to this Court as to whom the parties have been deemed to consent. (Docket Nos. 1, 4, 8).

On April 21, 2025, this Court issued an Order Setting Scheduling Conference which, in pertinent part, set a Scheduling Conference for June 3, 2025 at 10:30 a.m. (Docket No. 7).

///

On May 2, 2025, Plaintiffs filed a Motion to Remand the Case to Ventura County Superior Court ("Motion to Remand") which they noticed for hearing before this Court on June 3, 2025 at 9:30 a.m. (Docket No. 10). Defendant did not timely file an opposition to the Motion to Remand (which was due by May 13, 2025). See Local Rule 7-9. However, on May 19, 2025, Defendant filed a document entitled "Stipulation to Remand," signed only by Defendant's counsel, which reflects that Defendant, by and through counsel of record, stipulates and agrees that "the action shall immediately be remanded to the Superior Court for the State of California, Los Angeles[,]" (not Ventura County Superior Court).[1] (Docket No. 11). The Court construes Defendant's "Stipulation to Remand" to be a non-opposition to Plaintiff's Motion to Remand this action to Ventura County Superior Court.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds the Motion to Remand to be appropriate for decision without oral argument. The hearing calendared for June 3, 2025 is hereby vacated and the matter is taken off calendar and is submitted for decision. The Court likewise vacates the June 3, 2025 Scheduling Conference.

As it appears that Defendant does not oppose the Motion to Remand/ stipulates to the remand of this action and that remand is otherwise appropriate, and alternatively because, pursuant to Local Rule 7-12, the Court deems Defendant's failure timely to file an opposition to the Motion to Remand consent to the granting thereof, the Court grants the Motion to Remand and directs that this action be remanded to the Ventura County Superior Court forthwith.

IT IS SO ORDERED.

Dated: May 20, 2025                                   /s/

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

---

[1] Contrary to Local Rule 7-1, Defendant's "Stipulation" was not accompanied by a separate order.

2